FILED ___ ENTERED
LODGED ___ RECEIVED

DEC 08 2014

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LUCILA ACEVEDO-ROJAS,

                Petitioner,

v.

LOWELL CLARK, et al.,

                Respondents.

CASE NO. C14-1323-JLR

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Respondents' motion to dismiss (Dkt. 9) is GRANTED;

3. Petitioner's habeas petition (Dkt. 1) is DENIED, and this action is DISMISSED with prejudice; and

4. The Clerk shall send a copy of this Order to petitioner and to Judge Theiler.

DATED this 8th day of December, 2014.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE - 1